**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01218-CR

### ERICH KIRCHMANN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX15-90031-J**

## ORDER
Before Chief Justice Wright and Justices Lang and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.


/s/     ADA BROWN
        JUSTICE